**Order issued June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00643-CR
No. 05-13-00646-CR

**JUSTIN BERNARD VEASLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Lang, Myers, and Brown

Based on the Court's opinion of this date, we **GRANT** the February 10, 2014 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Justin Bernard Veasley, TDCJ No. 1848794, John Middleton Transfer Facility, 13055 FM 3522, Abilene, Texas, 79601.

/ Lana Myers/
LANA MYERS
JUSTICE